THE STATE EX REL. UNITED SCREW & BOLT CORPORATION, APPELLEE AND CROSS-APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT AND CROSS-APPELLEE; GATSON, APPELLANT.

[Cite as *State ex rel. United Screw & Bolt Corp. v. Indus. Comm.* (1998), 83 Ohio St.3d 144.]

(No. 96-2304—Submitted July 8, 1998—Decided September 16, 1998.)

*Calfee, Halter & Griswold L.L.P.* and *William L.S. Ross,* for appellee and cross-appellant.

*Betty D. Montgomery,* Attorney General, and *David J. Kovach,* Assistant Attorney General, for appellant and cross-appellee.

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy; Shapiro, Kendis & Associates Co., L.P.A.,* and *Rachel B. Jaffy,* for appellant.

The judgment of the court of appeals is reversed, and the order of the Industrial Commission is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

LUNDBERG STRATTON, **J., dissenting.** I dissent and would affirm the court of appeals.

COOK, J., concurs in the foregoing dissenting opinion.